GUSTAVE B. GARFIELD et al., Appellants, *v.* NEW YORK TELEPHONE COMPANY et al., Respondents.

(Argued May 27, 1935; decided July 11, 1935.)

*Gustave B. Garfield,* in person, for appellants.

*Edward L. Blackman, John M. Farrell, Thomas H. Rothwell* and *Charles T. Russell* for New York Telephone Company, respondent.

*Paul Windels,* Corporation Counsel (*Joseph L. Weiner, Oscar S. Cox* and *Sol Charles Levine* of counsel) for The City of New York, respondent.

Judgment affirmed, with costs, on the authority of *New York Steam Corporation* v. *City of New York* (268 N. Y. 137). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.